# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY LINK

NO. 2025 KW 0788

**NOVEMBER 17, 2025**

---

In Re: Donald Ray Link, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 12-72-2379, 12-72-2398.

---

**BEFORE: MILLER, GREENE, AND EDWARDS, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction of all criminal writ applications . . . relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**SMM**
**HG**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT